AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**ALFREDO MEDINA**
**ADALBERTO FLORES**
**MICHAEL LUNA**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __SEPTEMBER 27, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER HARRY ALLEN__ and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**OFFICER HARRY ALLEN**
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                                       City and State

_____        _____
Name & Title of Judicial Officer                              Signature of Judicial Officer